# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 30, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

130029(39)

KENDALL JANE MacARTHUR,
      Plaintiff-Appellant,

v

                                                 SC: 130029
                                                 COA: 262600

RAMSEY HAVENWYCK, INC.,
      Defendant-Appellee.
                                                 Oakland CC: 2004-057376-NO

_____/

      On order of the Court, the motion for reconsideration of this Court's order of February 27, 2006 is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 30, 2006                                    _____
                                                Clerk

d0522